IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT "BOBBY" D. JOYNER,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ARCH INSURANCE CO., a foreign  )<br>insurance company,  )<br>)<br>Defendants.  ) | Case No. CIV- 14-41-L |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

Defendant, Arch Insurance Company, a foreign insurance company, who is a Defendant in this action, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?
   No.

2. Does party have any parent corporations?
   Arch Insurance Company is a wholly-owned subsidiary of Arch Insurance Group Inc., whose ultimate parent is Arch Capital Group Ltd., a publicly-traded company.

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?
   Yes.  The ultimate owner of 100% of the stock of Arch Insurance Company is Arch Capital Group Ltd., a publicly-traded company.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?
   No.

5. Is party a trade association?
   No.

DATED this 11th day of March, 2014.

                                                Respectfully submitted,

                                                **HOLDEN & CARR**

                                                *s/ Jessica L. Kudryk*
                                                Jessica L. Kudryk, OBA #31126
                                                Jeffrey D. Shelton, OBA #31305
                                                First Place
                                                15 East 5th Street
                                                Suite 3900
                                                Tulsa, Oklahoma 74103
                                                918.295.8888 (telephone)
                                                918.295.8889 (facsimile)
                                                JeffShelton@HoldenLitigation.com
                                                JessicaKudry@HoldenLitigation.com

## CERTIFICATE OF SERVICE

     I hereby certify that on the 11th day of March, 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic filing to the following ECF registrants:

    Bryan G. Garrett    bgarrett@hollowaydobson.com

                                                *s/Jessica L. Kudryk*
                                                Jessica L. Kudryk

149.110