# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT "BOBBY" D. JOYNER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ARCH INSURANCE CO., a foreign ) <br> insurance company, ) <br> ) <br> Defendant. ) | Case No. CIV-14-41-L |

## DISMISSAL WITH PREJUDICE

Plaintiff Robert "Bobby" D. Joyner, and Defendant, Arch Insurance, pursuant to Fed. R. Civ. P. 41, stipulate that this case be dismissed with prejudice. All parties bear their respective attorney fees and costs.

DATED this 13th day of May, 2014.

        Respectfully submitted,

        HOLLOWAY DOBSON & BACHMAN
        One Leadership Square, Suite 900
        211 North Robinson
        Oklahoma City, Oklahoma 73102
        (405) 235-8593


By:   S.Bryan G. Garrett
        BRYAN G. GARRETT, OBA #17866
        bgarrett@hollowaydobson.com
        GARY C. BACHMAN OBA #400
        gbachman@hollowaydobson.com
        STEPHEN D. BACHMAN, OBA #14030
        sbachman@hollowaydobson.com

        ATTORNEYS FOR PLAINTIFF

-and-

HOLDEN & CARR
Fist Place
15 E. 5th St., Ste. 3900
Oklahoma City, OK 74103

S/ Jessica L. Kudryk
JESSICA L. KUDRYK, OBA #31126
JEFFREY D. SHELTON, OBA #31305

ATTORNEYS FOR DEFENDANT